**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For Revocation of Probation or Supervised Release |
| | (For Offenses Committed On or After November 1, 1987) |
| V. | |
| | CASE NO.   **06-50018-01** |
| **MATTHEW SUTTON** | **BOBBY SUTTON, JR.** |
| **(Name of Defendant)** | **(Defendant's Attorney)** |

**THE DEFENDANT:**

[X]   **Admitted guilt to violation of conditions of the term of supervision: (SEE BELOW)**

[ ]   **Was found in violation of conditions of the term of supervision after a denial of guilt: (SEE BELOW)**

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| | | |

**The court finds that defendant has committed a Grade B violation of supervised probation as outlined in the Petition for Warrant or Summons for Offender Under Supervision as submitted by the Probation Officer on March 10, 2006.**

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

**March 31, 2006**
**Date of Imposition of Judgment**

**Mark L. Hornsby, U.S. Magistrate Judge**
**Name and Title of Judicial Officer**

*/s/ MARK L. HORNSBY*
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE

**March 31, 2006**
**Date**

AO 245B (REV. 9/00) SHEET 2 - IMPRISONMENT

DEFENDANT: **MATTHEW SUTTON**  JUDGMENT PAGE 2 OF 2
CASE NO.: **06-50018-01**

**IMPRISONMENT**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**It is ordered that the one year term of supervised probation imposed by Magistrate Judge Stephen E. Cole in the District of Wyoming on September 14, 2005 is revoked and defendant is committed to the custody of the Bureau of Prisons for six (6) months.**

[ ] The Court makes the following recommendations to the Bureau of Prisons:

[ ] The defendant is remanded to the custody of the United States Marshal.

**[X] The defendant shall surrender to the United States Marshal for this district.**

    **[X] on or before 1:00 p.m. on Monday, April 24, 2006**

    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

    [ ] before 2:00 p.m. on __.

    [ ] as notified by the United States Marshal.

    [ ] as notified by the Probation or Pretrial Services Office.

**RETURN**

I have executed this judgment as follows:

Defendant delivered on _____ to _____

_____ with a certified copy of this judgment.

United States Marshal

by _____

Deputy Marshal